**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

COLLINS JULISSA LEMUS MOYA  CIVIL ACTION NO. 26-1843 SEC P
#A206-734-275

VERSUS         JUDGE EDWARDS

WARDEN RICHWOOD     MAG. JUDGE DAVID J. AYO
CORRECTIONAL CENTER ET AL

**MEMORANDUM ORDER**

Before the Court is an Emergency Motion for Stay of Removal (ECF No. 4), filed by the *pro se* habeas petitioner in this case, Collins Julissa Lemus Moya ("Petitioner"). Even with the benefit of liberal construction, we cannot ascertain a legal basis for injunctive relief from her motion. *See Toole v. Peak,* 361 F. App'x 621 (5th Cir. 2010) ("Although this court applies less stringent standards to parties proceeding pro se than to parties represented by counsel and liberally construes the briefs of pro se litigants, a pro se [litigant] still must actually argue something that is susceptible of liberal construction."). We cannot determine whether she is likely to succeed on the merits of her case, or what those merits would be, so we cannot grant her relief. *See Mesa Hills Specialty Hosp. v. Becerra,* 730 F. Supp. 3d 342, 353 (W.D. Tex. 2024) ("By failing to satisfy the first preliminary injunction element on any of its claims, Mesa Hills is already not entitled to a preliminary injunction."). **DENIED**.

**THUS DONE AND SIGNED** this 10th day of June, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE